Case: 1:26-mj-000156
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 9/8/2026
Description: COMPLAINT W/ARREST WARRANT

**Statement of Facts**

On Saturday, September 5th, 2026, at approximately 1:27 P.M., the Office of Unified Communications received a call for a person with a gun at [redacted]. The caller stated that she was physically attacked and choked out by her child's father. A description of the suspect was provided aa follows: sa black male wearing a skully on his head, wearing a black shirt and gray pants, and had a black bookbag with a gun inside. Officer Kevin Rogers and Sergeant Timothy Evans responded to the location and located the Defendant, Rashaad Wilson, [redacted], on the third floor of the apartment complex wearing a black skully, a black shirt and grey pants, and in possession of a black backpack.

Sergeant Evans and Officer Rogers approached the Defendant and asked him for his identification, but the Defendant ran through an exit door and down a flight of stairs to the second floor of the apartment complex. Officers pursued the Defendant through the apartment complex and during the chase, the Defendant removed his backpack and discarded it in a hallway before then continuing his flight away from the officers. The Defendant fled to the Anacostia River and briefly jumped into the water and then returned to shore where he was taken into custody.

***Figure 1a: Sgt. Evans and Ofc. Rogers's initial interaction with the Defendant***



*Figure 1b: The Defendant's flight from the officers.*




*Figure 2: The Defendant running away after discarding his backpack.*



Officers recovered the defendant's discarded backpack and located inside was a black Glock 43 handgun bearing serial number BCTR553, which was designed to expel a projectile by action of an explosion. The firearm was loaded with a magazine containing ten 9mm cartridges. Two additional firearm magazines were located inside of the backpack containing five and six 9mm cartridges, respectively. Also inside the defendant's backpack was a brick of a compressed white powdery substance in a vacuum sealed plastic wrapping. The brick was recovered and field tested positive for cocaine with an approximate weight of 517 grams.

***Figure 3: Compressed white substance from the Defendant's backpack.***



*Figure 4: DFS photographing the recovered firearm from the Defendant's backpack.*




Detective Krycia interviewed the Victim, and she stated that today at approximately 12:35 P.M., she responded to the Waterfront Metro station to pick up Rashaad Wilson, her significant other and the father of the child that she is carrying. The Defendant entered the passenger seat of her car upon picking him up and accused her of cheating on him. During the argument, the Defendant used one hand to grab Victim 1's ponytail to pull her towards him, then used his other hand to grab the Victim's neck and choke her. The Victim stated that her airway was restricted for several seconds because of this, but she did not lose consciousness.

The Victim was able to fight the Defendant off her and demanded that he leave her car, but the Defendant refused and commanded that he be dropped off at the Victim's apartment to grab his belongings. The Victim refused and ultimately the Defendant exited her car and walked eastbound on M Street SW. As a result of this assault, the Victim sustained bruising and scratches

to her neck and behind her right ear. After the Defendant's arrest, the Victim saw the Defendant in custody and confirmed to Detective Krycia that the person in custody was the Rashaad Wilson, the person that assaulted her.

A criminal history review of Rashaad WILSON's criminal record revealed that he was previously convicted in Case Number 2017 CF2 011320 from the Superior Court for the District of Columbia of Attempted Possession with Intent to Distribute (Heroin). For this conviction, WILSON was sentenced to 24 months incarceration, execution of sentence suspended as to all. WILSON was also convicted in 2019 in Case Number CT190218X from Prince George's County, Maryland of Firearm Possession with Felony Conviction and was sentenced to 15 years incarceration with 10 years suspended. Finally, the Defendant was also convicted in 2010 in Case Number CT100904A from Prince George's County, Maryland of Burglary First Degree, Burglary 3rd Degree, Burglary 4th Degree, Assault 1st Degree, Assault 2nd Degree, Use Handgun/Crime of Violence, and Conspiracy – Assault 1st Degree. For these convictions, WILSON was sentenced to 20 years confinement with 10 years suspended.

There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce before being used in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Rashaad WILSON with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

Officer Alexander Ntow
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 8, 2026.

Honorable Moxila A. Upadhyaya
United States Magistrate Judge